■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT PEREZ, Appellant. — Judgment, Supreme Court, New York County (Milton Williams, J., at trial and sentence; Seymour Schwartz, J., at suppression hearing), rendered on January 14, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Fein and Alexander, JJ.